UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

PHILIP WOOD,

    Plaintiff,

vs.

FREEMAN DECORATING SERVICES, INC.,

    Defendant.

Case No. 3:08-cv-00375 LRH (RAM)

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)

    Plaintiff Philip Wood's ("WOOD") response to Defendant's Motion for Summary Judgment, which was filed July 30, 2009, is due August 17, 2009. Given the schedule of counsel for WOOD, the parties, by and through their counsel, hereby stipulate and agree that Plaintiff shall have an extension of time within which to file and serve the response to Defendant's Motion. Further, Defendant may have an extension to file their Reply to same. Plaintiff's responsive document will be filed and served no later than September 7, 2009.

//
//
//
//
//

Defendant's reply will be filed no later than October 1, 2009.

Dated: August 17, 2009.                    Dated: August 17, 2009.

_____/s/_____           _____/s/_____
KENNETH J. McKENNA, ESQ.                   PATRICK HICKS, ESQ.
544 West First Street                      KARYN TAYLOR, ESQ.
Reno, NV 89503                             Littler Mendelson, P.C.
                                           50 W. Liberty St., Suite 400
                                           Reno, NV 89501.1944

Attorney for Plaintiff                     Attorney for Defendants


IT IS SO ORDERED.

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2009

2