UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP WOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FREEMAN DECORATING SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 3:08-cv-00375-LRH-RAM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |

　　　　IT IS HEREBY STIPULATED between Plaintiff and Defendant, by and through their respective counsel, that the deadline to file the Joint Pretrial Order shall be extended, up to and including April 30, 2010. The parties hereby submit that this stipulation is made in good

///
///
///
///
///
///
///
///

Firmwide:94626662.1 016689.1001

LITTLER MENDELSON
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

faith and not for the purpose of unreasonable delay.

Dated: March 17, 2010.                LITTLER MENDELSON, P.C.

                                      By: _____/s/_____
                                      PATRICK H. HICKS, ESQ.
                                      SUSAN HEANEY HILDEN, ESQ.
                                      Attorneys for Defendant
                                      FREEMAN DECORATING SERVICES, INC.

Dated: March 17, 2010.                LAW OFFICES OF KEN MCKENNA

                                      By: _____/s/_____
                                      KEN MCKENNA, ESQ.
                                      Attorney for Plaintiff
                                      Philip Wood

IT IS SO ORDERED this 23rd day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Firmwide:94626662.1 016689.1001                    2.

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888