UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PHILIP WOOD,                                  )        CASE NO. 3:08-cv-375-LRH(RAM)
                                              )
        Plaintiff,                            )        ORDER
                                              )
vs.                                           )
                                              )
FREEMAN DECORATING SERVICES,                  )
INC.                                          )
                                              )
        Defendant.                            )
                                              )
_____          )

```
┌──────────────────────────────────────────────┐
│  ___ FILED          ____ RECEIVED             │
│  ___ ENTERED        ____ SERVED ON            │
│           COUNSEL/PARTIES OF RECORD           │
│   ┌────────────────────────────┐             │
│   │                            │             │
│   │      JUL - 1 2010          │             │
│   │                            │             │
│   └────────────────────────────┘             │
│        CLERK US DISTRICT COURT                │
│         DISTRICT OF NEVADA                    │
│  BY: _____ DEPUTY             │
└──────────────────────────────────────────────┘
```

        This case is currently scheduled for trial on the stacked calendar of __April 26__,
20 _11_.

        IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the
purpose of conducting a settlement conference.

        DATED this _1st_ day of __July__, 2010.


                                        _____
                                        LARRY R. HICKS
                                        U.S. DISTRICT JUDGE